IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY LONDON,

    Plaintiff

v.

KROGER CORPORATION,

    Defendant

CIVIL ACTION NO.
1:16-CV-353-ODE

### ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement [Doc. 37]. This motion is hereby GRANTED and the Settlement Agreement ("Agreement") to be filed under seal is APPROVED. The Court hereby ORDERS the parties to comply with their respective obligations as set forth in that Agreement.

SO ORDERED, this __8__ day of May, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE